IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| EDDY BARRIOS et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:22-cv-00437-ALM |
| EXPERIAN INFORMATION SOLUTIONS, INC., | § § § § | |
| Defendant. | § § | |

# **ORDER**

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice (Dkt. #15). The Court finds that the Joint Stipulation should be, and hereby is, accepted by the Court.

It is therefore ORDERED that the Plaintiffs' claims in this matter are hereby dismissed with prejudice as to Experian Information Solutions, Inc. All costs, attorney fees, and expenses shall be borne by the party incurring same.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

**SIGNED this 8th day of February, 2023.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE